IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02058-CMA-KLM

NANO GAS SYSTEMS CORPORATION, a Nevada corporation,
DIANE HICKERSON, an individual,
ALVA J. HICKERSON, an individual, and
DAVID A. MELMAN, an individual,

    Plaintiffs,

v.

THE CURATORS OF THE UNIVERSITY OF MISSOURI, a public Corporation of the State of Missouri,
GALEN SUPPES, an individual, and
CHRIS FENDER, an individual,

    Defendants.

___

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Unopposed Motion for Protective Order [#30]** (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#30-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: January 21, 2014