**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02058-CMA-KLM

NANO GAS SYSTEMS CORPORATION, a Nevada corporation,
DIANE HICKERSON, an individual,
ALVA HICKERSON, an individual, and
DAVID A. MELMAN, an individual,

    Plaintiffs,

v.

BOARD OF CURATORS OF THE UNIVERSITY OF MISSOURI, on behalf of the University of Missouri, a public Corporation of the State of Missouri,
GALEN SUPPES, an individual, and
CHRIS FENDER, an individual,

    Defendants.

---

**ORDER REGARDING DISMISSAL OF DEFENDANT GALEN SUPPES**

---

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice of Defendant Galen Suppes (Doc. # 44). The Court has reviewed the Stipulation and ORDERS as follows:

Defendant Galen Suppes is hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that each party shall pays his, her or its own costs, attorneys fees and expenses. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Galen Suppes as a Defendant in this case.

    DATED: March __17__, 2014

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge