**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02058-CMA-KLM

NANO GAS SYSTEMS CORPORATION, a Nevada corporation,
DIANE HICKERSON, an individual,
ALVA HICKERSON, an individual, and
DAVID A. MELMAN, an individual,

      Plaintiffs,

v.

BOARD OF CURATORS OF THE UNIVERSITY OF MISSOURI, on behalf of
the University of Missouri, a public Corporation of the State of Missouri, and
CHRIS FENDER, an individual,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      Pursuant to the Joint Motion to Dismiss All Claims With Prejudice (Doc. # 46),

signed by the attorneys for the parties hereto, it is

      ORDERED that this case, including all claims asserted by all parties, is

DISMISSED WITH PREJUDICE, each party to pay his, her, or its own attorney fees and

costs.

      DATED:  April __17__, 2014

                     BY THE COURT:

                     _Christine M Arguello_

                     _____
                     CHRISTINE M. ARGUELLO
                     United States District Court Judge